IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DANIELLE M. LINHART, as
Personal Representative of          Civ. No. 10-3100-PA
the Estate of Kelly Jim
Linhart,                            **VERDICT**

        Plaintiff,

    v.

HEYL LOGISTICS, LLC,
et al,

        Defendants.

Your answers to the following questions must be unanimous.

1.  Was defendant Daniel Clarey negligent?

Yes  √

No  ____

If your answer to Question 1 is "no," your verdict is for defendant Daniel Clarey.  Proceed to Question 3. If your answer to Question 1 is "yes," proceed to Question 2.

1 - VERDICT FORM

2.   Was the negligence of Daniel Clarey a cause of the accident at issue?

Yes  ✓

No ____

Proceed to Question 3.

3.   Was defendant Heyl Logistics, LLC negligent?

Yes  ✓

No ____

If your answer to Question 3 is "no," your verdict is for defendant Heyl Logistics, LLC.   Proceed to Question 5.   If your answer to Question 3 is "yes," proceed to Question 4.

4.   Was the negligence of Heyl Logistics, LLC a cause of the accident at issue?

Yes  ✓

No ____

Proceed to Question 5.

5.   Was Ron Browne, doing business as I & J Transportation negligent as alleged by Heyl Logistics?

Yes ____

No  ✓

If your answer to Question 5 is "no," your verdict is for defendant Ron Browne, doing business as I & J Transportation. Proceed to the "Instructions Regarding How to Continue" on page 3.   If your answer to Question 5 is "yes," proceed to Question 6.

2 - VERDICT FORM

6. Was the negligence of Ron Browne, doing business as I & J Transportation a cause of the accident at issue?

Yes _____

No _____

Instructions Regarding How to Continue:

If, for each of the above defendants, you determined they were not negligent, or that their negligence did not cause damage to plaintiff, stop, do not answer any more questions. Your presiding juror should sign and date this verdict form below.

If you determined that one or more of the defendants was negligent, and that the negligence caused damage to plaintiff, proceed to question 7.

7. What is the percentage of each party's negligence that caused damage to plaintiff?

Daniel Clarey: __80__ %

Heyl Logistics, LLC: __20__ %

Ron Browne, dba I & J Transportation: __0__ %

(The percentage must equal 100%.)

For any of the parties that you determined were not negligent, or did not cause damage, you should assign a "0" as that party's percentage.

Proceed to Question 8.

8. What are plaintiff's economic and non-economic damages?

Economic damages: $__0__

3 - VERDICT FORM

Non-economic damages:    $ 50,000

Proceed to question 9.

9.   Has plaintiff shown by clear and convincing evidence that defendant Heyl Logistics, LLC has shown a reckless and outrageous indifference to a highly unreasonable risk of harm and has acted with a conscious indifference to the health, safety, and welfare of others?

Yes ✓

No ____

If your answer to Question 9 is "no," proceed to Question 11.   If your answer to Question 9 is "yes," proceed to Question 10.

10.   What award of punitive damages do you find against defendant Heyl Logistics, LLC? $ 1,678,000

Proceed to Question 11.

11.   Has plaintiff shown by clear and convincing evidence that defendant Daniel Clarey has shown a reckless and outrageous indifference to a highly unreasonable risk of harm and has acted with a conscious indifference to the health, safety, and welfare of others?

Yes ✓

No ____

If your answer to Question 11 is "no," do not answer further questions. Your presiding juror should sign and date this

4 - VERDICT FORM

verdict.   If your answer to Question 11 is "yes," proceed to Question 12.

12.   What award of punitive damages do you find against defendant Daniel Clarey? $3,471,000

The presiding juror should sign and date this verdict form and notify the bailiff that the jury has reached a verdict.

Dated:   March 1, 2012

_____
Presiding Juror

5 - VERDICT FORM